**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIMAEL INTERIANO ORELLANA,<br><br>            Petitioner,<br><br>        v.<br><br>FACILITY ADMINISTRATOR, DESERT VIEW et al.,<br><br>            Respondents. | Case No. 5:26-cv-03141-MCS-DFM ADELANTO<br><br>**JUDGMENT** |

///

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted. Respondents shall provide Petitioner Abimael Interiano Orellana (A# 246-061-627) an individualized bond hearing before an immigration judge within seven days of entry of this Order, in accordance with 8 U.S.C. § 1226(a). If Respondents do not provide Petitioner an individualized bond hearing within seven days, they must immediately release him.

**IT IS SO ORDERED.**

Dated: June 24, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2